**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **:** |
| **Thomas Sloan** | |
| **Judyth Sloan** | **: Chapter 13** |
| | **:** |
| | **: Bankruptcy No: 19-11196-elf** |

## O R D E R

AND NOW, this  14th  day of        March          2019, upon consideration of Debtors Motion, it is hereby,

**ORDERED** that debtors shall be allowed an extension of time until **3/27/19**, by which date all required documents must be filed.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**