United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11196-elf
Thomas E. Sloan                                                         Chapter 13
Judyth A. Sloan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 14, 2019
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db/jdb          +Thomas E. Sloan,   Judyth A. Sloan,   5321 Morris Street,   Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
          ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
           Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                         TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| **Thomas Sloan** | |
| **Judyth Sloan** | : **Chapter 13** |
| | : |
| | : **Bankruptcy No: 19-11196-elf** |

## O R D E R

AND NOW, this ___14th___ day of_____March_____2019, upon consideration of Debtors Motion, it is hereby,

**ORDERED**  that debtors shall be allowed an extension of time until **3/27/19**, by which date all required documents must be filed.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**