IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Thomas E. Sloan | | |
| Judyth A. Sloan | : | No. 19-11196 |
| Debtors | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtors, do hereby certify that no response to the Motion to Extend Automatic Stay has been served upon me.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Date: 3/20/19                                                                                         /s/ Erik B. Jensen
                                                                                                            Erik B. Jensen, Esquire
                                                                                                            *Attorney for Debtors*