# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-11196-elf** |
| **Thomas Sloan** | |
| **and** | **CHAPTER 13** |
| **Judyth A. Sloan a/k/a Roux Sloan,** | |
| **Debtors** | |
| _____/ | |

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VI ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

**RAS CRANE, LLC**

By: /s/Lauren B. Karl
　　Lauren B. Karl, Esquire
　　P.O. Box 305
　　Ingomar, PA 15127
　　973-575-0707x340
　　Email: lkarl@rascrane.com