United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11196-elf
Thomas E. Sloan                                                       Chapter 13
Judyth A. Sloan
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett             Page 1 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: pdf900             Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db/jdb         +Thomas E. Sloan,    Judyth A. Sloan,    5321 Morris Street,    Philadelphia, PA 19144-3907
cr             +Citibank, N.A.,,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                 DULUTH, GA 30097-8461
14279730       +Bsi Financial Services,    Attn: Bankruptcy,    Po Box 517,    Titusville, PA 16354-0517
14279733       +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
14279735       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14279736       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14279737       +Citizens Bank,    Attn: Bankruptcy,    1 Citizens Dr,    Riverside, RI 02915-3000
14279744       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14279745       +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
14279746       +Jared S. Zafran Esquire,    1500 Walnut Street,    Suite 107,    Philadelphia, PA 19102-3507
14279747       +Manley Deas Kochalaski LLC,    1555 Lake Shore Drive,    Columbus, OH 43204-3825
14279748       +Marcus Williams,    7220 Brous Avenue,    Philadelphia, PA 19149-1402
14279751       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14279755       +Ocwen/HomEq Servicing,    Attn: Research Dept,    1661 Worthington Rd., Ste 100,
                 West Palm Beach, FL 33409-6493
14279758       +OneWest Bank Mortgage Servicing,    6900 Beatrice Fsb,    Kalamazoo, MI 49009-9559
14279759        Real Co Investments LP,    Gary Lightman, Esquire,    1520 Locust Street  12th St,
                 Philadelphia, PA 19102
14287546       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14282834       +Select Portfolio Servicing as servicer for,    Deutsche Bank National Trust Company,
                 c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14279760       #+Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
14279764       ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court:   Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
14279765       +Wells Fargo Financial,    Po Box 29704,    Phoenix, AZ 85038-9704
14279766       +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
14279769       +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 27 2019 02:39:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2019 02:39:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 27 2019 02:39:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 02:45:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14286401        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 02:45:32
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14279739        E-mail/Text: megan.harper@phila.gov Mar 27 2019 02:39:48      City of Philadelphia,
                 1401 JFK Blvd. 5th Fl,    Philadelphia, PA 19102
14279731       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 27 2019 02:40:01      Caliber Home Loans,
                 Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
14279732       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 02:45:30      Capital One / Saks F,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14282341       +E-mail/Text: bankruptcy@cavps.com Mar 27 2019 02:39:42      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14279740       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 02:39:20      Comenity Bank/Wayfair,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14279741       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 27 2019 02:45:31      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14279743       +E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2019 02:40:01
                 Deutsche Bank National Company,    c/o Select Portfilio Servicing Inc.,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
14279749       +E-mail/Text: M74banko@daimler.com Mar 27 2019 02:40:00      Mercedes-Benz Financial Services,
                 Po Box 685,    Roanoke, TX 76262-0685
14279753       +E-mail/Text: bnc@nordstrom.com Mar 27 2019 02:39:16      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
14279754       +Fax: 407-737-5634 Mar 27 2019 02:58:11      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd  Ste 100,    West Palm Beach, FL 33409-6493
14282079        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 02:39:21
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14279761       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 02:45:30      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14280967       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 02:45:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2                  Date Rcvd: Mar 26, 2019
                              Form ID: pdf900           Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14279762       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 02:45:49      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14279763        E-mail/Text: bankruptcy@td.com Mar 27 2019 02:39:38      TD Bank,    Attn: Bankruptcy,
                 1701 Rt 70 E,    Cherry Hill, NJ 08034
14279756       +E-mail/Text: bkr@cardworks.com Mar 27 2019 02:39:13      ollo,    Attn: Bankruptcy,   Po Box 9222,
                 Old Bethpage, NY 11804-9222
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14279734*      +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
14279738*      +Citizens Bank,    Attn: Bankruptcy,    1 Citizens Dr,    Riverside, RI 02915-3000
14279742*      +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14279750*      +Mercedes-Benz Financial Services,    Po Box 685,    Roanoke, TX 76262-0685
14279752*      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14279767*      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
14279768*      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
14279757*      +ollo,    Attn: Bankruptcy,    Po Box 9222,    Old Bethpage, NY 11804-9222
                                                                                         TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
          ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
           Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
          LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| THOMAS E. SLOAN | : | |
| JUDYTH A. SLOAN, | : | |
| Debtors | : | Bky. No. 19-11196 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtors' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: March 26, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE