United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas E. Sloan
Judyth A. Sloan
    Debtors

Case No. 19-11196-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith               Page 1 of 2               Date Rcvd: Apr 02, 2019
                              Form ID: 309I             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db/jdb         +Thomas E. Sloan,    Judyth A. Sloan,    5321 Morris Street,    Philadelphia, PA 19144-3907
14279730       +Bsi Financial Services,    Attn: Bankruptcy,    Po Box 517,    Titusville, PA 16354-0517
14279733       +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
14279735       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14279736       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14279737       +Citizens Bank,    Attn: Bankruptcy,    1 Citizens Dr,    Riverside, RI 02915-3000
14279745       +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
14279746       +Jared S. Zafran Esquire,    1500 Walnut Street,    Suite 107,    Philadelphia, PA 19102-3507
14279747       +Manley Deas Kochalaski LLC,    1555 Lake Shore Drive,    Columbus, OH 43204-3825
14279748       +Marcus Williams,    7220 Brous Avenue,    Philadelphia, PA 19149-1402
14279751       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14279755       +Ocwen/HomEq Servicing,    Attn: Research Dept,    1661 Worthington Rd., Ste 100,
                 West Palm Beach, FL 33409-6493
14279758       +OneWest Bank Mortgage Servicing,    6900 Beatrice Fsb,    Kalamazoo, MI 49009-9559
14279759        Real Co Investments LP,    Gary Lightman, Esquire,    1520 Locust Street  12th St,
                 Philadelphia, PA 19102
14279760       #+Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: akeem@jensenbagnatolaw.com Apr 03 2019 03:21:47      ERIK B. JENSEN,
                 Jensen Bagnato, PC,    1500 Walnut St.,    Suite 1920,    Philadelphia, PA  19102
tr             +E-mail/Text: bncnotice@ph13trustee.com Apr 03 2019 03:23:11      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 03:22:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2019 03:22:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 03 2019 03:22:25      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14286401        EDI: RESURGENT.COM Apr 03 2019 07:13:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14279739        E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:46      City of Philadelphia,
                 1401 JFK Blvd. 5th Fl,    Philadelphia, PA 19102
14279731        E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 03 2019 03:23:21      Caliber Home Loans,
                 Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
14279732       +EDI: CAPITALONE.COM Apr 03 2019 07:13:00      Capital One / Saks F,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
14282341       +E-mail/Text: bankruptcy@cavps.com Apr 03 2019 03:22:33      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14279740       +EDI: WFNNB.COM Apr 03 2019 07:13:00      Comenity Bank/Wayfair,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14279741       +EDI: RCSFNBMARIN.COM Apr 03 2019 07:13:00      Credit One Bank,    Attn: Bankruptcy Department,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14279743       +E-mail/Text: jennifer.chacon@spservicing.com Apr 03 2019 03:23:21
                 Deutsche Bank National Company,    c/o Select Portfilio Servicing Inc.,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
14279744       +EDI: AMINFOFP.COM Apr 03 2019 07:13:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
14279749       +EDI: DAIMLER.COM Apr 03 2019 07:13:00      Mercedes-Benz Financial Services,    Po Box 685,
                 Roanoke, TX 76262-0685
14279753       +E-mail/Text: bnc@nordstrom.com Apr 03 2019 03:21:56      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
14279754       +Fax: 407-737-5634 Apr 03 2019 04:31:49      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd  Ste 100,    West Palm Beach, FL 33409-6493
14282079        EDI: Q3G.COM Apr 03 2019 07:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
14287546       +EDI: DRIV.COM Apr 03 2019 07:13:00      SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,
                 FORT WORTH, TX 76161-0244
14279761       +EDI: RMSC.COM Apr 03 2019 07:13:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14280967       +EDI: RMSC.COM Apr 03 2019 07:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14279762       +EDI: RMSC.COM Apr 03 2019 07:13:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
14279763        EDI: TDBANKNORTH.COM Apr 03 2019 07:13:00      TD Bank,    Attn: Bankruptcy,    1701 Rt 70 E,
                 Cherry Hill, NJ 08034
14296574        EDI: TDBANKNORTH.COM Apr 03 2019 07:13:00      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
```

```
District/off: 0313-2           User: Keith              Page 2 of 2              Date Rcvd: Apr 02, 2019
                               Form ID: 309I            Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14279764         EDI: WFFC.COM Apr 03 2019 07:13:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,   Po Box 6429,
                   Greenville, SC 29606
14279765        +EDI: WFFC.COM Apr 03 2019 07:13:00      Wells Fargo Financial,    Po Box 29704,
                   Phoenix, AZ 85038-9704
14279766        +EDI: WFFC.COM Apr 03 2019 07:13:00      Wells Fargo Hm Mortgag,    Po Box 10335,
                   Des Moines, IA 50306-0335
14279769        +EDI: WFFC.COM Apr 03 2019 07:13:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
                   Po Box 10438,    Des Moines, IA 50306-0438
14279756        +EDI: MERRICKBANK.COM Apr 03 2019 07:13:00       ollo,   Attn: Bankruptcy,    Po Box 9222,
                   Old Bethpage, NY 11804-9222
                                                                                                TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14279734*       +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
14279738*       +Citizens Bank,    Attn: Bankruptcy,    1 Citizens Dr,    Riverside, RI 02915-3000
14279742*       +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14279750*       +Mercedes-Benz Financial Services,    Po Box 685,    Roanoke, TX 76262-0685
14279752*       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14279767*       +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
14279768*       +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
14279757*       +ollo,   Attn: Bankruptcy,    Po Box 9222,    Old Bethpage, NY 11804-9222
                                                                                      TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
               Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Thomas E. Sloan** | Social Security number or ITIN | **xxx–xx–8147** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Judyth A. Sloan** | Social Security number or ITIN | **xxx–xx–0388** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter | **13   2/27/19** |
| Case number: | **19–11196–elf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                             12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas E. Sloan | Judyth A. Sloan |
| 2. | **All other names used in the last 8 years** | | aka Roux Sloan |
| 3. | **Address** | 5321 Morris Street<br>Philadelphia, PA 19144 | 5321 Morris Street<br>Philadelphia, PA 19144 |
| 4. | **Debtor's attorney**<br>Name and address | ERIK B. JENSEN<br>Jensen Bagnato, PC<br>1500 Walnut St.<br>Suite 1920<br>Philadelphia, PA 19102 | Contact phone 215–546–4700<br><br>Email: akeem@jensenbagnatolaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/2/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 8, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>Suite 18–341, 1234 Market Street,<br>Philadelphia, PA 19107 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/7/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/8/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/26/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1175.00 per month for 36 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/11/19** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |