19-0376

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Thomas E. Sloan<br>Judyth A. Sloan aka Roux Sloan<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  19-11196-ELF |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

POWERS KIRN, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090