**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                                                           CASE NO.: 19-11196-elf

**Thomas E. Sloan,**                                                                                    CHAPTER 13
**and**
**Judyth A. Sloan aka Roux Sloan,**
    **Debtors**
_____/

**REQUEST FOR SERVICE OF NOTICES**

    **PLEASE TAKE NOTICE THAT,** on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**


    **RAS CRANE, LLC**

    By: /s/Lauren B. Karl
        Lauren B. Karl, Esquire
        P.O. Box 305
        Ingomar, PA 15127
        973-575-0707x340
        Email: lkarl@rascrane.com

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Lauren Karl
Lauren Karl, Esquire
Email: lkarl@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JENSEN BAGNATO, PC
1500 WALNUT STREET SUITE 1920
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE  P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
833 CHESTNUT STREET  SUITE 500
PHILADELPHIA, PA 19107

THOMAS E. SLOAN
5321 MORRIS STREET
PHILADELPHIA, PA 19144

JUDYTH A. SLOAN
AKA ROUX SLOAN
5321 MORRIS STREET
PHILADELPHIA, PA 19144

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Lauren Karl
Lauren Karl, Esquire
Email: lkarl@rascrane.com