**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                     CASE NO.: 19-11196-elf
                                                                                            **CHAPTER 13**

**Thomas Sloan,**
**Judyth Sloan,**

    **Joint Debtors.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VI ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                           Robertson, Anschutz & Schneid, P.L.
                                           Authorized Agent for Secured Creditor
                                           6409 Congress Ave., Suite 100
                                           Boca Raton, FL 33487
                                           Telephone: 561-241-6901
                                           Facsimile: 561-997-6909
                                           By: /s/Ashlee Fogle
                                           Ashlee Fogle, Esquire
                                           Email: afogle@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ERIK B. JENSEN
JENSEN BAGNATO, PC
1500 WALNUT STREET SUITE 1920
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

THOMAS SLOAN
JUDYTH SLOAN
5321 MORRIS ST.
PHILADELPHIA, PA 19144

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Ashlee Fogle
    Ashlee Fogle, Esquire
    Email: afogle@rascrane.com