UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

THOMAS SLOAN AND JUDYTH
SLOAN,

                                             Bankruptcy No. 19-11196-ELF

        Debtors.

\*    \*    \*    \*    \*    \*    \*

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on April 8, 2019.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 22, 2019.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: April 23, 2019               TD BANK, N.A.

                                   By Its Counsel

                                   /s/Martin A. Mooney_____
                                   Martin A. Mooney, Esq. Attorney ID #315063
                                   SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
                                   950 New Loudon Road
                                   Suite 109
                                   Latham, New York 12110
                                   Tel (518) 786-9069
                                   E-Mail: MMooney@schillerknapp.com