UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| THOMAS E. SLOAN AND JUDYTH A. SLOAN , | Chapter 13 Bankruptcy No. 19-11196-ELF |

Debtors.

\* \* \* \* \* \* \*

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §362 (d)(1)**

AND NOW, on Motion of TD Bank, N.A. as successor in interest to Commerce Bank, N.A., by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §362(d)(1) that the Motion of creditor, TD Bank, N.A. as successor in interest to Commerce Bank, N.A. for Relief from Automatic Stay is **GRANTED**; and it is further

**ORDERED**, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors is **MODIFIED** in that it shall not apply to any action by creditor, TD Bank, N.A. as successor in interest to Commerce Bank, N.A., to foreclose and obtain possession and dispose of its property in accordance with applicable law; namely the real property commonly known as 1735 North Stillman Street, Philadelphia, Pennsylvania 19121.

**Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**