United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas E. Sloan
Judyth A. Sloan
    Debtors

Case No. 19-11196-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 30, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.
db/jdb       +Thomas E. Sloan,   Judyth A. Sloan,   5321 Morris Street,   Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
       gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
       gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
      LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com
      LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com
      MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
       ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
      MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce Bank, N.A. ahight@schillerknapp.com,
       ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                TOTAL: 11

Date: April 30, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    THOMAS E. SLOAN　　　　　　　　　　Chapter 13
    AND JUDYTH A. SLOAN ,　　　　　　　　Bankruptcy No. 19-11196-ELF

              Debtors.

\*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §362 (d)(1)**

AND NOW, on Motion of TD Bank, N.A. as successor in interest to Commerce Bank, N.A., by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §362(d)(1) that the Motion of creditor, TD Bank, N.A. as successor in interest to Commerce Bank, N.A. for Relief from Automatic Stay is **GRANTED**; and it is further

**ORDERED**, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors is **MODIFIED** in that it shall not apply to any action by creditor, TD Bank, N.A. as successor in interest to Commerce Bank, N.A., to foreclose and obtain possession and dispose of its property in accordance with applicable law; namely the real property commonly known as 1735 North Stillman Street, Philadelphia, Pennsylvania 19121.

**Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**