**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13 CASE** |
| | : | |
| **THOMAS SLOAN AND** | : | **DOCKET NO. 19-11196-elf** |
| **JUDYTH SLOAN** | : | |
| | : | **HON: Eric L. Frank** |
| **Debtors.** | : | |

**NOTICE OF ENTRY OF APPEARANCE AND FOR REALCO INVESTMENTS, LP**
**COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that RealCo Investments, LP, a party-in-interest and creditor in the above-captioned bankruptcy case ("Case"), appears in the Case by their attorneys, Gary P. Lightman, Esquire, and W. Lyle Stamps, who hereby (i) enters his appearance pursuant to Fed. R. Bankr. Proc. 2010(b) and (ii) requests, pursuant to Fed R. Bankr. P. 2002, 9007, 2013, 9014 and §342 of Title 11 of the United States Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned each of the following addresses:

W. Lyle Stamps, Esquire
Lightman & Manochi
1520 Locust Street, 12th Floor
Philadelphia, Pennsylvania 19102
(215) 545-3000
wlstamps@lightmanlaw.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or information, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telefax, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This filing shall not be deemed or construed to be a waiver of RealCo Investments, LP's rights (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or

proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which RealCo Investments, LP is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Axis Realty Partners expressly reserve.

                    LIGHTMAN & MANOCHI

                    BY: /s/ W. Lyle Stamps
                    GARY P. LIGHTMAN, ESQUIRE
                    W. LYLE STAMPS, ESQUIRE
                    1520 Locust Street, 12th Floor
                    Philadelphia, PA 19102
                    garylightman@lightmanlaw.com
                    wlstamps@lightmanlaw.com

Date: May 20, 2019          Attorneys for RealCo Investments, LP

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the date shown below he caused to be served a true and correct copy of the Notice of Entry of Appearance and for RealCo Investments, LP Combined with Demand for Service of Papers via U.S. first class mail and/or email upon the following:

Erik B. Jensen, Esquire  
1528 Walnut Street, Suite 401  
Philadelphia, PA 19102  
Brandon@erikjensenlaw.com  

William C. Miller, Esquire  
Chapter 13 Standing Trustee  
1234 Market Street, Suite 1813  
Philadelphia, PA 19107  

United States Trustee  
Office of the U.S. Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, PA 19107  

LIGHTMAN & MANOCHI

    BY: /s/ W. Lyle Stamps  
    GARY P. LIGHTMAN, ESQUIRE  
    W. LYLE STAMPS, ESQUIRE  
    1520 Locust Street, 12th Floor  
    Philadelphia, PA 19102  
    garylightman@lightmanlaw.com  
    wlstamps@lightmanlaw.com  

Date: May 20, 2019    Attorneys for RealCo Investments, LP