United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas E. Sloan
Judyth A. Sloan
    Debtors

Case No. 19-11196-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 17, 2019
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
db/jdb      +Thomas E. Sloan,    Judyth A. Sloan,    5321 Morris Street,    Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:

        ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
        ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
        GARY P. LIGHTMAN    on behalf of    RealCo Investments LP garylightman@lightmanlaw.com
        HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com
        MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
         ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
        MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce Bank, N.A. ahight@schillerknapp.com,
         ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        W. LYLE STAMPS    on behalf of    RealCo Investments LP wlstamps@lightmanlaw.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                          TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :    CASE NO. 19-11196-ELF
THOMAS E. SLOAN                     :
JUDYTH A. SLOAN                     :
    Debtors                         :    CHAPTER 13

**STIPULATION
RESOLVING CLAIM # 19**

**NOW,** this _____ day of May, 2019, Debtors, Thomas E. Sloan, and Judyth A. Sloan, by and through their undersigned counsel, and RealCo Investments ("RealCo"), by and through its undersigned counsel, hereby stipulate the following terms of settlement of the Proof of Claim filed by RealCo (Claim 19):

WHEREAS the Debtor owns the real estate properties at 4836 N. 9th Street and 3609 N. 19th Street, both in Philadelphia, PA; and

WHEREAS RealCo is a secured creditor of the Debtors, with a recorded first mortgage on both of the aforesaid real properties; and

WHEREAS RealCo has filed a proof of claim in the instant bankruptcy in the amount of $7,550.00, representing the unpaid mortgage principal of $4,300.00, and Transfer taxes and miscellaneous costs with respect to the 4836 N. 9th Street in the amount of $3,250.00; and

WHEREAS Debtors and RealCo seek to satisfy the claim outside of Debtor's Chapter 13 bankruptcy plan; it is hereby stipulated and agreed that:

1. Debtors shall make three (3) direct monthly payments to RealCo in the amount of $2,517.00 starting June 1, 2019 for a total of $7,551.00;

2. Within fourteen (14) days of receipt of Debtor's third monthly payment, RealCo shall provide Debtors satisfactions on the aforesaid mortgage;

3. Additionally, and as agreed upon in Debtors' prior bankruptcy, 15-12508-elf, Debtors shall surrender the property at 4836 N. 9th Street to RealCo via a Deed in Lieu of Foreclosure, and shall, furthermore, take any steps necessary in order to effect a valid legal transfer of the premises;

4. Debtors shall make all the payments under this stipulation by the 1st of each month, with the third and final payment being due on August 1, 2019;

5. If Debtors fail to make any of the aforesaid payments by the stated due date, RealCo shall send Debtor and counsel a written notice of default of this Stipulation. RealCo may send the written notice by fax or e-mail, instead of or in addition to regular mail. If the default is not cured within fourteen (14) days of the date of the notice, this agreement may be terminated, and RealCo may be entitled to additional remedies as set forth in the mortgage and promissory note;

6. The automatic stay of execution as to RealCo is hereby lifted and removed, and in the event of an uncured default, RealCo may proceed to obtain any remedies set forth in the mortgage and promissory note.

7. Debtors shall, moreover, reference this Stipulation and the terms contained therein in their Chapter 13 plan;

8. The terms set forth in this stipulation shall survive the bankruptcy, and will remain in effect whether the bankruptcy is dismissed, or if the case is converted to a case under Chapter 7 of the Bankruptcy Code;

9. This stipulation may only be modified via writing signed and agreed upon by both parties.

_____
Gary P. Lightman, Esquire
W. Lyle Stamps, Esquire
Lightman & Manochi
Attorney for RealCo Investments, LP

_____
Akeem J. Parsons, Esquire
Jensen Bagnato, P.C.
Attorney for Debtors
Thomas and Judyth Sloan

_____
William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

NO OBJECTION
*without prejudice to any trustee rights or remedies

# ORDER   ~~SO ORDERED BY THE COURT:~~

The foregoing Stipulation is **APPROVED**.

Date: 6/17/19

_____
Hon. Eric L. Frank
U.S. Bankruptcy Judge