**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 19-11196 |
| THOMAS E. SLOAN AND | ) |
| JUDYTH A. SLOAN, | ) CHAPTER 13 |
| | ) |
| Debtor, | ) |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES III TRUST, | ) ) ) |
| | ) Docket No. _____ |
| Movant, | ) |
| v. | ) |
| | ) |
| THOMAS E. SLOAN, | ) |
| JUDYTH A. SLOAN AND | ) |
| WILLIAM C. MILLER, TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

*Movant has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit The Movant to Foreclose on Debtor's Property described as 1271 S. Dover Street, Philadelphia, Pennsylvania 19146.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this case. (If you do not have an attorney, you may wish to consult an attorney).**

1.	If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 2, 2019, you or your attorney must do all of the following:

	(a)	File an answer explaining your position at:

		United States Bankruptcy Court Clerk
		Eastern District of Pennsylvania
		900 Market Street, Suite 400
		Philadelphia, Pennsylvania 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and

      (b)  Mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*133 Race Street*
*Philadelphia, Pennsylvania 19107*
*(267) 909-9036*

*William C. Miller, Esq.*
*Chapter 13 Trustee*
*P.O. Box 1229*
*Philadelphia, Pennsylvania 19105*

*United States Trustee*
*Office of the U.S. Trustee*
*200 Chestnut Street, Suite 502*
*Philadelphia, Pennsylvania 19106*

2.    If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on Tuesday, October 15, 2019 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

DATE:  September 18, 2019