# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | THOMAS SLOAN : | Chapter 13 |
| | JUDYTH SLOAN, : | |
| | : | |
| | Debtors : | Bky. No.  19-11196 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **October 1, 2019,** it is hereby **ORDERED** that:

1. **On or before October 15, 2019**, the Debtor shall file (and serve in accordance with the rules of court) any proofs of claim, objections to proofs of claim, motions or adversary complaints and amended chapter plans necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: <u>October 1, 2019</u>

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**