United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas E. Sloan
Judyth A. Sloan
      Debtors

Case No. 19-11196-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Oct 04, 2019
                         Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14320152       E-mail/Text: bkr@cardworks.com Oct 05 2019 02:45:01      Fair Square Financial LLC,      Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
                                                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
         ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         GARY P. LIGHTMAN    on behalf of    RealCo Investments LP garylightman@lightmanlaw.com, kditomaso@lightmanlaw.com
         HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association jschwartz@mesterschwartz.com
         JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         JOSHUA DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov, karena.blaylock@phila.gov
         KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
         LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com
         LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com
         LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com
         MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce Bank, N.A. kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         W. LYLE STAMPS    on behalf of    RealCo Investments LP wlstamps@lightmanlaw.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                           TOTAL: 17

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-11196-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Thomas E. Sloan<br>5321 Morris Street<br>Philadelphia PA 19144 | Judyth A. Sloan<br>5321 Morris Street<br>Philadelphia PA 19144 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/04/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/06/19

Tim McGrath
**CLERK OF THE COURT**