IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Thomas E. Sloan | | |
| Judyth Sloan | : | |
| | : | No. 19-11196-elf |
| Debtor | : | |

CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Debtor's Amended Chapter 13 Plan was served upon the following parties as per the Claims Register, via first class regular mail on October 11, 2019:

Quantum3 Group LLC as agent for
MOMA Funding LLC
Jessi Marie White
PO Box 788
Kirkland, WA 98083-0788

Cavalry SPV II, LLC
Karen Borgatti
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Ashley Funding Services, LLC
Resurgent Capital Services
DeAnn Gambrell
PO Box 10587
Greenville, SC 29603-0587

Creditor:     (14287546)
SANTANDER CONSUMER USA INC.
Abel Marin
P.O. BOX 961245
FORT WORTH, TX 76161

SANTANDER CONSUMER USA INC.
Lorraine Lowery Johnson
P.O. BOX 961245
FORT WORTH, TX 76161

TD Bank, N.A.
c/o Schiller Knapp Lefkowitz Hertzel LLP
Martin Mooney
70 Gray Road
Falmouth, ME 04105

U.S. Bank National Association
Lauren Berschler
PO Box 619096
Dallas TX 75261-9741

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
Katie Elizabeth Hankard
P.O. 9043
Andover, MA 01810-1041


Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Trang Truong
Des Moines, IA 50306-0438

CITIBANK, N.A.
Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Dept
Lauren Karl
PO Box 619096
Dallas TX 75261-9741

Quantum3 Group LLC as agent for
Comenity Bank
Joshua Waugh
PO Box 788
Kirkland, WA 98083-0788

Wells Fargo Bank, N.A.
Harry Reese
1000 Blue Gentian Road
Eagan, MN 55121-7700

Citibank, N.A.
Margaret Crowley
701 East 60th Street North
Sioux Falls, SD 57117

LVNV Funding, LLC
Resurgent Capital Services
William Patrick Andrews
PO Box 10587
Greenville, SC 29603-0587

Portfolio Recovery Associates, LLC
Mary Jenkins
PO Box 41067
Norfolk, VA 23541

Fair Square Financial LLC
Mary Jenkins
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Marcus Williams
c/o The Law Office of Jared S. Zafran
Antoinnete S.
1500 Walnut Street
Suite 500
Philadelphia, PA 19102

RealCo Investments LP
c/o Gary P. Lightman, Esquire
Lightman & Manochi
Gary P. Lightman, Esquire
1520 Locust St., 12th Floor
Philadelphia, PA 19102

U.S. Bank Trust, N.A.
c/o BSI Financial Services
Michelle Ghidotti
1425 Greenway Drive, Suite 400
Irving, TX 75038

Portfolio Recovery Associates, LLC
Carol Hardy
POB 41067
Norfolk VA 23541

Portfolio Recovery Associates, LLC
Carol Hardy
POB 41067
Norfolk VA 23541

Deutsche Bank National Company
c/o Select Portfilio Servicing Inc.
Kevin McDonald
P.O. Box 65450
Salt Lake City, UT 84165

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
Pamela Thurmond
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
Megan Harper
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Date: 10/11/19                                             /s/ Erik B. Jensen
                                                           Erik B. Jensen, Esquire
                                                           *Attorney for Debtor*