# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 19-11196 |
| THOMAS E. SLOAN AND | ) |
| JUDYTH A. SLOAN, | ) CHAPTER 13 |
| | ) |
| Debtor, | ) |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES III TRUST, | ) ) ) |
| | ) Docket No. _____ |
| Movant, | ) |
| v. | ) |
| | ) |
| THOMAS E. SLOAN, | ) |
| JUDYTH A. SLOAN AND | ) |
| WILLIAM C. MILLER, TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

## ORDER

AND NOW, this __15th__ day of __October__, 2019, upon the Motion of U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust for Relief From The Automatic Stay, the Court HEREBY ORDERS ADJUDGES and DECREES that the Motion Is **GRANTED** and that the Movant is GRANTED RELIEF FROM THE AUTOMATIC STAY with regard to the real property located at 1271 S. Dover Street, Philadelphia, Pennsylvania 19146 so that it may take any and all action necessary to enforce its *in rem* rights and remedies under their Note, Mortgage and under applicable law.

It is further Ordered that this grant of relief from stay shall be effective nunc-pro-tunc to June 7, 2019, the date that the Deed-In-Lieu of Foreclosure to the Real Property was recorded in favor of Movant.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**