United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas E. Sloan  
Judyth A. Sloan  
    Debtors

Case No. 19-11196-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 15, 2019  
                              Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14320152      E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 16 2019 04:05:01  
  Fair Square Financial LLC,    Resurgent Capital Services,    PO Box 10368,  
  Greenville, SC 29603-0368  
                                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2019 at the address(es) listed below:

        ERIK B. JENSEN   on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,  
   gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
        GARY P. LIGHTMAN   on behalf of    RealCo Investments LP garylightman@lightmanlaw.com,  
   kditomaso@lightmanlaw.com  
        HARRY B. REESE   on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,  
   chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        JASON BRETT SCHWARTZ   on behalf of Creditor    U.S. Bank Trust National Association  
   jschwartz@mesterschwartz.com  
        JILL MANUEL-COUGHLIN   on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,  
   chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        JOSHUA DOMER   on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,  
   karena.blaylock@phila.gov  
        KEVIN G. MCDONALD   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com  
        LAUREN BERSCHLER KARL   on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com,  
   lbkarl03@yahoo.com  
        MARTIN A. MOONEY   on behalf of Creditor    TD BANK, N.A. kcollins@schillerknapp.com,  
   acarmany@schillerknapp.com;bfisher@schillerknapp.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        W. LYLE STAMPS   on behalf of    RealCo Investments LP wlstamps@lightmanlaw.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                       TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-11196-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas E. Sloan
5321 Morris Street
Philadelphia PA 19144

Judyth A. Sloan
5321 Morris Street
Philadelphia PA 19144

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/14/2019.

Name and Address of Alleged Transferor(s):

Claim No. 17: Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/17/19

Tim McGrath
**CLERK OF THE COURT**