United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-11196-elf
Thomas E. Sloan                                                     Chapter 13
Judyth A. Sloan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 1           Date Rcvd: Oct 16, 2019
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
db/jdb         +Thomas E. Sloan,    Judyth A. Sloan,    5321 Morris Street,    Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              GARY P. LIGHTMAN    on behalf of    RealCo Investments LP garylightman@lightmanlaw.com,
               kditomaso@lightmanlaw.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association
               jschwartz@mesterschwartz.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA  DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
               Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com,
               lbkarl03@yahoo.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              W. LYLE STAMPS    on behalf of    RealCo Investments LP wlstamps@lightmanlaw.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 19-11196 |
| THOMAS E. SLOAN AND | ) |
| JUDYTH A. SLOAN, | ) CHAPTER 13 |
| | ) |
| Debtor, | ) |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES III TRUST, | ) |
| | ) Docket No. _____ |
| Movant, | ) |
| v. | ) |
| | ) |
| THOMAS E. SLOAN, | ) |
| JUDYTH A. SLOAN AND | ) |
| WILLIAM C. MILLER, TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

AND NOW, this __15th__ day of __October__, 2019, upon the Motion of U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust for Relief From The Automatic Stay, the Court HEREBY ORDERS ADJUDGES and DECREES that the Motion Is **GRANTED** and that the Movant is GRANTED RELIEF FROM THE AUTOMATIC STAY with regard to the real property located at 1271 S. Dover Street, Philadelphia, Pennsylvania 19146 so that it may take any and all action necessary to enforce its *in rem* rights and remedies under their Note, Mortgage and under applicable law.

It is further Ordered that this grant of relief from stay shall be effective nunc-pro-tunc to June 7, 2019, the date that the Deed-In-Lieu of Foreclosure to the Real Property was recorded in favor of Movant.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**