19-0376

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Thomas E. Sloan<br>Judyth A. Sloan aka Roux Sloan<br>                                Debtor(s)<br>WELLS FARGO BANK, N.A.<br>                                Movant<br>v.<br>Thomas E. Sloan<br>Judyth A. Sloan aka Roux Sloan<br> and<br>William C. Miller, Esquire<br>                                Respondents | 19-11196-ELF<br><br>Chapter 13 Proceeding<br><br>Related to Document #35&36: |

### PRAECIPE TO WITHDRAW OBJECTIONS TO CONFIRMATION

TO THE COURT:

    Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Objections to Confirmation, which were filed on 04/18/2019, at docket #35 and 36.

                  POWERS KIRN, LLC

                  By:  **/s/ Harry B. Reese, Esquire**
                  Attorney ID#310501
                  Eight Neshaminy Interplex, Suite 215
                  Trevose, PA 19053
                  Telephone: 215-942-2090
                  E-mail: harry.reese@powerskirn.com
                  Attorney for Movant
                  Dated:  October 21, 2019

19-0376

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Thomas E. Sloan<br>Judyth A. Sloan aka Roux Sloan<br>                    Debtor(s)<br>WELLS FARGO BANK, N.A.<br>                    Movant<br>v.<br>Thomas E. Sloan<br>Judyth A. Sloan aka Roux Sloan<br> and<br>William C. Miller, Esquire<br>                    Respondents | 19-11196-ELF<br><br>Chapter 13 Proceeding<br><br>Related to Document #35&36: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Harry B. Reese, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 21, 2019:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Erik B. Jensen, Esquire
1528 Walnut Street
Suite 1401
 Philadelphia, PA  19102
Attorney for Debtor(s)

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA  19107
Trustee

**Parties Serviced via First Class Mail:**

Thomas E. Sloan
Judyth A. Sloan aka Roux Sloan
5321 Morris Street
Philadelphia, PA  19144

Debtor(s)

POWERS KIRN, LLC

By:  **/s/ Harry B. Reese, Esquire**
Attorney ID#310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: harry.reese@powerskirn.com
Attorney for Movant