# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-11196-elf** |
| **Thomas E. Sloan,** | **CHAPTER 13** |
| **Judyth A. Sloan** *aka* **Roux Sloan** | |
| **Debtor.** | |
| _____/ | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of Citibank, N.A., Not In Its Individual Capacity, But Solely As Trustee For The Nrz Pass-Through Trust VI

("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 43, Objection to Confirmation of Plan, filed on May 3, 2019.**


ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Kevin Buttery
Kevin Buttery, Esquire
Bar Number 319438
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ERIK B. JENSEN
JENSEN BAGNATO, PC
1500 WALNUT STREET
SUITE 1920
PHILADELPHIA, PA  19102

THOMAS SLOAN
5321 MORRIS ST.
PHILADELPHIA, , PA  19144

JUDYTH SLOAN
5321 MORRIS ST.
PHILADELPHIA, , PA  19144

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, , PA  19105

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Kevin Buttery

Kevin Buttery, Esquire
Bar Number 319438
Email: kbuttery@rascrane.com