# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| THOMAS E. SLOAN AND | : BANKRUPTCY NO.: 19-11196-elf |
| JUDYTH A. SLOAN | : |
|   Debtors | : |

## ORDER

AND NOW, this 15th day of November, 2019, it is hereby

**ORDERED** that the Stipulation by and among Jared S. Zafran, Esquire, counsel for creditor, MARCUS WILLIAMS, and Erik B. Jensen, Esquire, counsel for Debtors THOMAS E. SLOAN AND JUDYTH A. SLOAN, is hereby approved, and that Williams is granted limited relief from the automatic stay with respect to his personal injury claim (Claim #18), subject to the limitations stated in the parties' Stipulation.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**