United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-11196-elf
Thomas E. Sloan                                                 Chapter 13
Judyth A. Sloan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia            Page 1 of 1          Date Rcvd: Nov 15, 2019
                             Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db/jdb         +Thomas E. Sloan,   Judyth A. Sloan,   5321 Morris Street,   Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              GARY P. LIGHTMAN    on behalf of   RealCo Investments LP garylightman@lightmanlaw.com,
               kditomaso@lightmanlaw.com
              HARRY B. REESE    on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   U.S. Bank Trust National Association
               jschwartz@mesterschwartz.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA DOMER    on behalf of Creditor   CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
               Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   Citibank, N.A., Not in Its Individual Capacity, But
               Solely as Trustee for The NRZ Pass-Through Trust VI kbuttery@rascrane.com
              LAUREN BERSCHLER KARL    on behalf of Creditor   Citibank, N.A., Not in Its Individual Capacity,
               But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com,   lbkarl03@yahoo.com
              LAUREN BERSCHLER KARL    on behalf of Creditor   Citibank, N.A., lkarl@rascrane.com,
               lbkarl03@yahoo.com
              LAUREN BERSCHLER KARL    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
                INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com,
               lbkarl03@yahoo.com
              MARTIN A. MOONEY    on behalf of Creditor   TD BANK, N.A. kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor   TD Bank, N.A. as successor in interest to Commerce
               Bank, N.A. kcollins@schillerknapp.com,    acarmany@schillerknapp.com;bfisher@schillerknapp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              W. LYLE STAMPS    on behalf of   RealCo Investments LP wlstamps@lightmanlaw.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 18

**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 13 |
| THOMAS E. SLOAN AND | : BANKRUPTCY NO.: 19-11196-elf |
| JUDYTH A. SLOAN | : |
|   Debtors | : |

**ORDER**

AND NOW, this 15th day of November, 2019, it is hereby

**ORDERED** that the Stipulation by and among Jared S. Zafran, Esquire, counsel for creditor, MARCUS WILLIAMS, and Erik B. Jensen, Esquire, counsel for Debtors THOMAS E. SLOAN AND JUDYTH A. SLOAN, is hereby approved, and that Williams is granted limited relief from the automatic stay with respect to his personal injury claim (Claim #18), subject to the limitations stated in the parties' Stipulation.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**