## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                   :      Chapter 13
        THOMAS E. SLOAN &                  :
        JUDYTH A. SLOAN,                      :
                                                   :      Bankruptcy No. 19-11196 (ELF)
                          Debtors.  :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 86) filed by the City of Philadelphia on December 10, 2019.

                                                                Respectfully submitted,

                                                                THE CITY OF PHILADELPHIA

Dated: February 4, 2020          By:    */s/ Joshua Domer*
                                                           JOSHUA DOMER
                                                           Assistant City Solicitor
                                                           PA Attorney I.D. 319190
                                                          Attorney for the City of Philadelphia
                                                                 and/or
                                                          Water Revenue Bureau
                                                          City of Philadelphia Law Department
                                                          Municipal Services Building
                                                          1401 JFK Boulevard, 5th Floor
                                                          Philadelphia, PA 19102-1595
                                                          215-686-0519 (phone)
                                                          Email: Joshua.Domer@phila.gov