United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas E. Sloan  
Judyth A. Sloan  
    Debtors

Case No. 19-11196-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 05, 2020  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db    +Thomas E. Sloan,    5321 Morris Street,    Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:

    ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
    ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
    GARY P. LIGHTMAN    on behalf of    RealCo Investments LP garylightman@lightmanlaw.com, kditomaso@lightmanlaw.com  
    HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
    JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association jschwartz@mesterschwartz.com  
    JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
    JOSHUA DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov, karena.blaylock@phila.gov  
    KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com  
    KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI kbuttery@rascrane.com  
    LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com,    lbkarl03@yahoo.com  
    LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com, lbkarl03@yahoo.com  
    LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com, lbkarl03@yahoo.com  
    MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com  
    MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce Bank, N.A. kcollins@schillerknapp.com,    acarmany@schillerknapp.com;bfisher@schillerknapp.com  
    SARAH K. MCCAFFERY    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    W. LYLE STAMPS    on behalf of    RealCo Investments LP wlstamps@lightmanlaw.com  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 19

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS E. SLOAN
JUDYTH A. SLOAN
    Debtors

CASE NO. 19-11196-ELF

CHAPTER 13

## SUPPLEMENTAL STIPULATION RESOLVING CLAIM # 19

**NOW**, this 28th day of January, 2020, Debtors, Thomas E. Sloan, and Judyth A. Sloan, by and through their undersigned counsel, and RealCo Investments ("RealCo"), by and through its undersigned counsel, do hereby stipulate and agree to the following terms of settlement of the Proof of Claim filed by RealCo (Claim 19) and, intending to be legally bound:

WHEREAS the Debtors and RealCo entered into a prior stipulation agreement on or about May 9, 2019, approved by the Court on or about June 11, 2019, a true and correct copy of which is attached, marked, and incorporated by reference as Exhibit "A";

WHEREAS pursuant to the May 9, 2019 agreement, Debtors paid three (3) direct monthly payments to RealCo in the amount of $2,517.00, starting June 1, 2019 and ending on August 1, 2019, for a total of $7,551.00, representing unpaid mortgage principal of $4,300.00, and Transfer taxes and miscellaneous costs with respect to the 4836 N. 9th Street in the amount of $3,250.00, but did not pay for the real estate taxes that were past due and owing to the City of Philadelphia;

WHEREAS Debtors Executed and delivered an Estoppel Affidavit in 2017, but failed to deliver a Deed in Lieu of Foreclosure to RealCo until 2019;

WHEREAS the parties are in dispute as to their obligations under the Deed in Lieu of Foreclosure and under the May 9, 2019 Stipulation agreement, the parties nonetheless agree that RealCo did not provide the Debtors with satisfactions of the mortgages to the properties at 4836 N. 9th Street and 3609 N. 19th Street, both in Philadelphia, PA, upon Debtors' third installment payment of $2,517.00 to RealCo, as outlined above;

WHEREAS the City of Philadelphia has listed outstanding real estate tax on 4836 N. 9th Street at $14,509.25 (see Claim 25, attached and incorporated by reference as Exhibit "B");

WHEREAS Debtors and RealCo seek to satisfy the claim outside of Debtor's Chapter 13 bankruptcy plan; it is hereby stipulated and agreed that:

1. RealCo, intends to sell the property at 4836 N. 9th Street.

2. RealCo agrees to pay **all** outstanding real estate taxes against 4836 N. 9th Street within **45 days** of the execution of this agreement;

3. Additionally, within 45 **days,** RealCo, agrees to record satisfactions for the mortgage covering both the 4836 N. 9th Street and 3609 N. 19th Street properties.

4. In the event that RealCo and/or the Debtors fail to comply pursuant to this agreement, the parties are each free to exercise any legal remedies they may have, including but not limited to their rights in bankruptcy court stemming from any failure to comply with the May 9, 2019 Stipulation agreement or this agreement;

5. Debtors agree to promptly execute any documents necessary and pertinent to the sale of the property in order to aid the parties in reaching settlement, including, but not limited to resolving any issues that arise regarding liens on the 4836 N. 9th Street. If Debtors do not provide complete cooperation, then RealCo shall be entitled to pursue their legal remedies as stated in Para. 4 above, and will not be bound by this Agreement. In the event RealCo intends to exercise its rights under Para. 4, Debtors shall be entitled to 48 hours written notice of the same and given reasonable opportunity to perform and/or cure any deficiency;

6. This document represents the complete agreement between the parties, and any amendment or modification to the same must be in writing and signed by both parties;

7. The execution of this agreement is expressly conditioned upon both undersigned counsels' representations that they are both duly authorized to entered into this agreement on behalf of their respective clients; that the undersigned have discussed the contents of this agreement with their respective clients; and that all of the aforesaid parties intend to be legally bound by the terms contained herein. All of the terms and provisions of this agreement shall be binding upon, inure to the benefit of and be enforceable upon both parties, and any and all alter egos, successors in interest, and/or assigns of the same either heretofore discovered or unknown by either party at the time of signing.

_____
Gary P. Lightman, Esquire
W. Lyle Stamps, Esquire
Lightman & Manochi
Attorney for RealCo
Investments, LP

_____
Akeem J. Parsons, Esquire
Jensen Bagnato, P.C.
Attorney for Debtors
Thomas and Judyth Sloan

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

# ORDER

The foregoing Stipulation is **APPROVED**.

Date: 2/4/20

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**