UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    THOMAS E. SLOAN | : | |
|    JUDYTH A. SLOAN, | : | |
| | : | |
| Debtors | : | Bky. No. 19-11196 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The confirmation hearing is **CONTINUED** to **March 31, 2020, at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. Counsel for the Debtor **SHALL APPEAR** at the hearing unless advised by the Courtroom Deputy or counsel for the Chapter 13 Trustee (after consultation with the Courtroom Deputy) that the court is no longer requiring counsel's appearance.[1]

3. Failure to appear and prosecute this case at the next hearing may result in **SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE**.[2]

Date: March 17, 2020

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

---

[1] Counsel's appearance is subject to the present Standing Order requiring appearances to made telephonically during the pendency of the coronavirus crisis.

[2] See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D. Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).