United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas E. Sloan
Judyth A. Sloan
    Debtors

Case No. 19-11196-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Apr 23, 2020
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db/jdb       +Thomas E. Sloan,   Judyth A. Sloan,   5321 Morris Street,   Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
           ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
      camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
           ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
      camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
           GARY P. LIGHTMAN    on behalf of    RealCo Investments LP garylightman@lightmanlaw.com, kditomaso@lightmanlaw.com
           HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
           JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association jschwartz@mesterschwartz.com
           JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
           JOSHUA DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov, karena.blaylock@phila.gov
           KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
           KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI kbuttery@rascrane.com
           LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com, lbkarl03@yahoo.com
           LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com, lbkarl03@yahoo.com
           LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com, lbkarl03@yahoo.com
           MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com
           MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce Bank, N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com
           SARAH K. MCCAFFERY    on behalf of Creditor    WELLS FARGO BANK, N.A. sarah.mccaffery@powerskirn.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           W. LYLE STAMPS    on behalf of    RealCo Investments LP wlstamps@lightmanlaw.com
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
           WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                     TOTAL: 19

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Thomas E. Sloan<br>Judyth A. Sloan<br>                             Debtor(s)<br>WELLS FARGO BANK, N.A.<br>                             Movant<br>             v.<br><br>Thomas E. Sloan<br>Judyth A. Sloan<br><br>William C. Miller, Esquire<br>                             Respondents | Chapter 13 Proceeding<br><br>19-11196-elf |

### STIPULATION IN SETTLEMENT OF OBJECTION TO CONFIRMATION

      Secured creditor WELLS FARGO BANK, N.A.("Wells Fargo") and Thomas E. Sloan and Judyth A. Sloan (the "Debtors") hereby stipulate the following in settlement of the pending Objection to Confirmation:

1. The parties agree to de- escrow the mortgage lien held by Wells Fargo for the property located at 5321 Morris Street Philadelphia, PA 19144. Debtor shall be responsible for the payment of all remaining unpaid escrow advances.

2. Debtors shall repay those certain post-petition escrow advances made by Wells Fargo through 2/19/2020 in the amount of $2,273.50.  The repayment of these post-petition advances shall be completed by the Debtors in connection with her Chapter 13 Plan such that the $2,273.50 will be added to Claim #12, in the amount of $7,950.14.  The full payment to Wells Fargo for the pre-petition total debt claim, together with the post-petition escrow advances is **$10,223.64.**  Wells Fargo shall be repaid the $10,223.64 over the 37 month term of the plan at 10.300% interest as follows:

| | |
|---|---|
| Loan Amount | 10,223.64 |
| Term | 37 |
| Rate | 10.300% |
| Total P&I | 11,976.30 |
| Prin & Int | $323.68 |

3. The Trustee shall disburse no less than the sum of $11,976.30 to Wells Fargo in accordance with Claim #12 and this Stipulation.  Debtors' plan shall also reflect these provisions.  No additional proofs of claim are required.

4. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

/s/ Erik B. Jensen, Esquire                                    Date: 4/16/2020

**Erik Jensen**, Esquire
Attorney for Debtor(s)

/s/ Jill Manuel-Coughlin, Esquire                              Date: 4/20/2020

Jill Manuel-Coughlin, Esquire
Attorney for Movant

/s/ LeRoy Wm. Etheridge, Esquire *for*                         Date: 4/20/2020

William C. Miller, Esquire         NO OBJECTION
Trustee                            *without prejudice to any
                                   trustee rights and remedies.

# O R D E R

On this 22nd day of April, 2020, approved by the Court.

_____
United States Bankruptcy Judge
**ERIC L. FRANK**