**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

    Thomas Sloan
    Judyth Sloan

13

Bky No. 19-11196-ELF

Debtors

# ORDER

**AND NOW,** this __14th__ day of __May__, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that compensation of **$3,200.00** is **ALLOWED**. The allowed compensation, less **$1,080.00** already paid, may be distributed by the trustee as an administrative expense to the extent provided in the confirmed plan.*

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

\* I have reduced the allowed compensation by twenty percent (20%) to reflect the low quality of the services provided by Debtor's counsel, insofar as counsel failed to comply with deadlines in court scheduling orders and otherwise failed to prosecute this case in a prompt an acceptable manner.