United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-11196-elf
Thomas E. Sloan                                                             Chapter 13
Judyth A. Sloan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1         Date Rcvd: May 13, 2020
                             Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db/jdb         +Thomas E. Sloan,    Judyth A. Sloan,    5321 Morris Street,    Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              GARY P. LIGHTMAN    on behalf of   RealCo Investments LP garylightman@lightmanlaw.com,
               kditomaso@lightmanlaw.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association
               jschwartz@mesterschwartz.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              JOSHUA  DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
               Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But
               Solely as Trustee for The NRZ Pass-Through Trust VI kbuttery@rascrane.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity,
               But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com,    lbkarl03@yahoo.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., lkarl@rascrane.com,
               lbkarl03@yahoo.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com,
               lbkarl03@yahoo.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce
               Bank, N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com
              SARAH K. MCCAFFERY    on behalf of Creditor    WELLS FARGO BANK, N.A. sarah.mccaffery@powerskirn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              W. LYLE STAMPS    on behalf of   RealCo Investments LP wlstamps@lightmanlaw.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thomas E. Sloan and Judyth A. Sloan
        Debtor(s)

Chapter: 13

Bankruptcy No: 19−11196−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 12th day of May, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

119 − 116
Form 155