United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas E. Sloan
Judyth A. Sloan
    Debtors

Case No. 19-11196-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett              Page 1 of 1               Date Rcvd: May 15, 2020
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db/jdb         +Thomas E. Sloan,    Judyth A. Sloan,   5321 Morris Street,   Philadelphia, PA 19144-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
        ERIK B. JENSEN    on behalf of Joint Debtor Judyth A. Sloan akeem@jensenbagnatolaw.com,
         camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
         com;jensener79956@notify.bestcase.com
        ERIK B. JENSEN    on behalf of Debtor Thomas E. Sloan akeem@jensenbagnatolaw.com,
         camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
         com;jensener79956@notify.bestcase.com
        GARY P. LIGHTMAN    on behalf of    RealCo Investments LP garylightman@lightmanlaw.com,
         kditomaso@lightmanlaw.com
        HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association
         jschwartz@mesterschwartz.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
        JOSHUA DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
         karena.blaylock@phila.gov
        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
         trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
         Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity, But
         Solely as Trustee for The NRZ Pass-Through Trust VI kbuttery@rascrane.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A., Not in Its Individual Capacity,
         But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com, lbkarl03@yahoo.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    Citibank, N.A. lkarl@rascrane.com,
         lbkarl03@yahoo.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
         INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com,
         lbkarl03@yahoo.com
        MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
         kcollins@schillerknapp.com
        MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce
         Bank, N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com
        SARAH K. MCCAFFERY    on behalf of Creditor    WELLS FARGO BANK, N.A. sarah.mccaffery@powerskirn.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        W. LYLE STAMPS    on behalf of    RealCo Investments LP wlstamps@lightmanlaw.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                                TOTAL: 19

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

In Re:

    Thomas Sloan
    Judyth Sloan

13

Bky No. 19-11196-ELF

    Debtors

# ORDER

**AND NOW,** this 14th day of May, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that compensation of **$3,200.00** is **ALLOWED**. The allowed compensation, less **$1,080.00** already paid, may be distributed by the trustee as an administrative expense to the extent provided in the confirmed plan.*

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

_____

\*  I have reduced the allowed compensation by twenty percent (20%) to reflect the low quality of the services provided by Debtor's counsel, insofar as counsel failed to comply with deadlines in court scheduling orders and otherwise failed to prosecute this case in a prompt an acceptable manner.