**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                          CASE NO.: 19-11196-elf
                                                                                                    CHAPTER 13

**Thomas E. Sloan,**
   Debtor.

**Judyth A. Sloan aka Roux Sloan,**
   Joint Debtor.

_____/

**REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                            Robertson, Anschutz, Schneid & Crane LLC
                                            Attorney for Secured Creditor
                                            10700 Abbott's Bridge Road, Suite 170,
                                            Duluth, GA 30097
                                            Telephone: 470-321-7112

                                            By: /s/Charles Wohlrab
                                                Charles Wohlrab
                                                Email: cwohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Thomas E. Sloan
Judyth A. Sloan
aka Roux Sloan
5321 Morris Street
Philadelphia, PA 19144

And via electronic mail to:

ERIK B. JENSEN
Jensen Bagnato, PC
1500 Walnut St. Suite 1920
Philadelphia, PA 19102

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                                Robertson, Anschutz, Schneid & Crane LLC
                                                Attorney for Secured Creditor
                                                10700 Abbott's Bridge Road, Suite 170,
                                                Duluth, GA 30097
                                                Telephone: 470-321-7112

                                                By: /s/Charles Wohlrab
                                                Charles Wohlrab
                                                Email: cwohlrab@rascrane.com