United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-11196-elf

Thomas E. Sloan                                                                  Chapter 13

Judyth A. Sloan

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

**Recip ID              Recipient Name and Address**
14316057          +   CITIBANK, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022

                               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:**

**Name                              Email Address**

CHARLES GRIFFIN WOHLRAB

                    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through
                    Trust XVIII cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB

                    on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

ERIK B. JENSEN

                    on behalf of Joint Debtor Judyth A. Sloan erik@jensenbagnatolaw.com
                    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956
                    @notify.bestcase.com

ERIK B. JENSEN

                    on behalf of Debtor Thomas E. Sloan erik@jensenbagnatolaw.com
                    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956
                    @notify.bestcase.com

District/off: 0313-2                          User: admin                          Page 2 of 2

Date Rcvd: Feb 15, 2022                          Form ID: trc                          Total Noticed: 1

ERIK B. JENSEN
on behalf of Creditor WELLS FARGO BANK  N.A. erik@jensenbagnatolaw.com,
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956
@notify.bestcase.com

GARY P. LIGHTMAN
on behalf of RealCo Investments LP garylightman@lightmanlaw.com  kditomaso@lightmanlaw.com

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JASON BRETT SCHWARTZ
on behalf of Creditor U.S. Bank Trust National Association jschwartz@mesterschwartz.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSHUA DOMER
on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
ecfemails@ph13trustee.com

KEVIN G. MCDONALD
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage
Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI
cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI
lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
on behalf of Creditor Citibank  N.A., lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS
TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com, lbkarl03@yahoo.com

LILY CHRISTINA CALKINS
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through
Trust XVIII logsecf@logs.com

MARTIN A. MOONEY
on behalf of Creditor TD BANK  N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com

MARTIN A. MOONEY
on behalf of Creditor TD Bank  N.A. as successor in interest to Commerce Bank, N.A. lgadomski@schillerknapp.com,
kcollins@schillerknapp.com

REBECCA ANN SOLARZ
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage
Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SARAH K. MCCAFFERY
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

W. LYLE STAMPS
on behalf of RealCo Investments LP wlstamps@lightmanlaw.com


TOTAL: 23

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-11196-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Thomas E. Sloan<br>5321 Morris Street<br>Philadelphia PA 19144 | Judyth A. Sloan<br>5321 Morris Street<br>Philadelphia PA 19144 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/15/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: CITIBANK, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>P.O. Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/17/22

Tim McGrath
**CLERK OF THE COURT**