United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-11196-elf
Thomas E. Sloan     Chapter 13
Judyth A. Sloan
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Aug 10, 2022    Form ID: 212    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Thomas E. Sloan, Judyth A. Sloan, 5321 Morris Street, Philadelphia, PA 19144-3907

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

**Name**    **Email Address**

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

ERIK B. JENSEN
     on behalf of Joint Debtor Judyth A. Sloan erik@jensenbagnatolaw.com
     jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

ERIK B. JENSEN
     on behalf of Debtor Thomas E. Sloan erik@jensenbagnatolaw.com
     jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2022 | Form ID: 212 | Total Noticed: 1 |

ERIK B. JENSEN
    on behalf of Creditor WELLS FARGO BANK  N.A. erik@jensenbagnatolaw.com, jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

GARY P. LIGHTMAN
    on behalf of RealCo Investments LP garylightman@lightmanlaw.com  kditomaso@lightmanlaw.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JASON BRETT SCHWARTZ
    on behalf of Creditor U.S. Bank Trust National Association jschwartz@mesterschwartz.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSHUA DOMER
    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Citibank  N.A., lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com, lbkarl03@yahoo.com

LILY CHRISTINA CALKINS
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII logsecf@logs.com, lilychristinacalkins@gmail.com

MARTIN A. MOONEY
    on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MARTIN A. MOONEY
    on behalf of Creditor TD Bank  N.A. as successor in interest to Commerce Bank, N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

W. LYLE STAMPS
    on behalf of RealCo Investments LP wlstamps@lightmanlaw.com

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                                  Chapter: 13

　　　Thomas E. Sloan and Judyth A. Sloan

Debtor(s)                                                                                           Case No: 19−11196−elf

---

*ORDER*

　　　AND NOW, August 10, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

　　　Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

　　　And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

　　　Accordingly, it is hereby ORDERED that the debtor shall file

　　　☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

　　　☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

　　　If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Eric L. Frank

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge ,United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　133
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 212