United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11196-elf

Thomas E. Sloan  Chapter 13

Judyth A. Sloan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 5
Date Rcvd: Aug 11, 2022  Form ID: 138OBJ  Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E. Sloan, Judyth A. Sloan, 5321 Morris Street, Philadelphia, PA 19144-3907 |
| 14279746 | + | Jared S. Zafran Esquire, 1500 Walnut Street, Suite 107, Philadelphia, PA 19102-3523 |
| 14320614 | + | Marcus Williams, c/o The Law Office of Jared S. Zafran, 1500 Walnut Street, Suite 500, Philadelphia, PA 19102-3503 |
| 14279748 | + | Marcus Williams, 7220 Brous Avenue, Philadelphia, PA 19149-1402 |
| 14279755 | + | Ocwen/HomEq Servicing, Attn: Research Dept, 1661 Worthington Rd., Ste 100, West Palm Beach, FL 33409-6493 |
| 14279758 | + | OneWest Bank Mortgage Servicing, 6900 Beatrice Fsb, Kalamazoo, MI 49009-9559 |
| 14279759 | | Real Co Investments LP, Gary Lightman, Esquire, 1520 Locust Street 12th St, Philadelphia, PA 19102 |
| 14327833 | + | RealCo Investments, LP, c/o W. Lyle Stamps, Esquire, Lightman & Manochi, 1520 Locust Street, 12th Floor, Philadelphia, Pennsylvania 19102-4403 |
| 14319781 | #+ | RealCo Investments LP, c/o Gary P. Lightman, Esquire, Lightman & Manochi, Gary P. Lightman, Esquire, 1520 Locust St., 12th Floor Philadelphia, PA 19102-4407 |
| 14282834 | + | Select Portfolio Servicing as servicer for, Deutsche Bank National Trust Company, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |
| 14279764 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 14302737 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14304470 | + | Email/Text: bkfilings@zwickerpc.com | Aug 11 2022 23:52:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14286401 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 23:56:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14279730 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 11 2022 23:52:00 | Bsi Financial Services, Attn: Bankruptcy, Po Box 517, Titusville, PA 16354-0517 |
| 14316057 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2022 23:52:00 | CITIBANK, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box |

Case 19-11196-elf  Doc 139  Filed 08/13/22  Entered 08/14/22 00:26:44  Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 11, 2022 | Form ID: 138OBJ | Total Noticed: 64 |

| | | | |
| --- | --- | --- | --- |
| | | | 619096, Dallas TX 75261-9096 |
| 14279736 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 11 2022 23:52:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14279737 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 11 2022 23:52:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14394460 | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, c/o Joshua Domer, Esquire, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14279739 | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia, 1401 JFK Blvd. 5th Fl, Philadelphia, PA 19102 |
| 14372130 | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14361200 | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14279731 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 11 2022 23:52:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 14279732 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:07 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14282341 | + Email/Text: bankruptcy@cavps.com | Aug 11 2022 23:52:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14279735 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 23:56:19 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14319260 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:41 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14279740 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14279741 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2022 23:56:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14279743 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2022 23:52:00 | Deutsche Bank National Company, c/o Select Portfilio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14322046 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2022 23:52:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, INC., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14320152 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2022 23:56:08 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14279744 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 11 2022 23:56:17 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14279745 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 11 2022 23:52:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14279733 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2022 23:56:07 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 14319285 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 23:56:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14279747 | + Email/Text: amps@manleydeas.com | Aug 11 2022 23:52:00 | Manley Deas Kochalaski LLC, 1555 Lake Shore Drive, Columbus, OH 43204-3825 |
| 14279749 | + Email/Text: M74banko@mercedes-benz.com | Aug 11 2022 23:52:00 | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |

Case 19-11196-elf   Doc 139   Filed 08/13/22   Entered 08/14/22 00:26:44   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 138OBJ | Total Noticed: 64 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14279751 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2022 23:52:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14669337 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2022 23:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14279753 | + | Email/Text: bnc@nordstrom.com | Aug 11 2022 23:52:16 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14279754 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 11 2022 23:52:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14321915 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14282079 | | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 23:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14316582 | | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14287546 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2022 23:52:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14279761 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:12 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14280967 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14279762 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14279763 | | Email/Text: bankruptcy@td.com | Aug 11 2022 23:52:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 14296574 | | Email/Text: bankruptcy@td.com | Aug 11 2022 23:52:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 14308520 | + | Email/Text: RASEBN@raslg.com | Aug 11 2022 23:52:00 | U.S. BANK NATIONAL ASSOCIATION, c/o Lauren B. Karl, Esquire, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14302622 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2022 23:52:00 | U.S. Bank National Association, PO Box 619096, Dallas TX 75261-9096 |
| 14506972 | + | Email/Text: RASEBN@raslg.com | Aug 11 2022 23:52:00 | U.S. Bank National Association, c/o Charles Griffin Wohlrab, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14506843 | + | Email/Text: RASEBN@raslg.com | Aug 11 2022 23:52:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14321837 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 11 2022 23:52:00 | U.S. Bank Trust, N.A., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 14319197 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 12 2022 00:07:31 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14312110 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 12 2022 00:07:36 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14279765 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 12 2022 00:07:36 | Wells Fargo Financial, Po Box 29704, Phoenix, AZ 85038-9704 |
| 14279766 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 12 2022 00:07:31 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 138OBJ | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 14279769 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 12 2022 00:07:41 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14279756 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2022 23:56:12 | ollo, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14279738 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14279742 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14279734 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 14279750 | *+ | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 14279752 | *+ | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14400158 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14404621 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14279767 | *+ | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 14279768 | *+ | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 14279757 | *+ | ollo, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14279760 | ##+ | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |
| 14307125 | ##+ | TD BANK, N.A., c/o MARTIN A. MOONEY, Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New Loudon Road, Ste. 109, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 10 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII cwohlrab@raslg.com |
| ERIK B. JENSEN | on behalf of Creditor WELLS FARGO BANK  N.A. erik@jensenbagnatolaw.com, jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 138OBJ | Total Noticed: 64 |

ERIK B. JENSEN
    on behalf of Joint Debtor Judyth A. Sloan erik@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

ERIK B. JENSEN
    on behalf of Debtor Thomas E. Sloan erik@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

GARY P. LIGHTMAN
    on behalf of RealCo Investments LP garylightman@lightmanlaw.com kditomaso@lightmanlaw.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JASON BRETT SCHWARTZ
    on behalf of Creditor U.S. Bank Trust National Association jschwartz@mesterschwartz.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JOSHUA DOMER
    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor Citibank N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Citibank N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Citibank N.A., lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com, lbkarl03@yahoo.com

LILY CHRISTINA CALKINS
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII logsecf@logs.com, lilychristinacalkins@gmail.com

MARTIN A. MOONEY
    on behalf of Creditor TD BANK N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MARTIN A. MOONEY
    on behalf of Creditor TD Bank N.A. as successor in interest to Commerce Bank, N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

W. LYLE STAMPS
    on behalf of RealCo Investments LP wlstamps@lightmanlaw.com

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Thomas E. Sloan and Judyth A. Sloan
    Debtor(s)

Case No: 19−11196−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/11/22

136 − 132
Form 138OBJ