United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11196-elf |
| Thomas E. Sloan | Chapter 13 |
| Judyth A. Sloan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 16, 2022 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas E. Sloan, Judyth A. Sloan, 5321 Morris Street, Philadelphia, PA 19144-3907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 16 2022 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2022 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII cwohlrab@raslg.com |

Case 19-11196-elf    Doc 145    Filed 09/18/22    Entered 09/19/22 00:29:15    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 138FIN | Total Noticed: 3 |

CHARLES GRIFFIN WOHLRAB
 on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

ERIK B. JENSEN
 on behalf of Joint Debtor Judyth A. Sloan erik@jensenbagnatolaw.com
 jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

ERIK B. JENSEN
 on behalf of Debtor Thomas E. Sloan erik@jensenbagnatolaw.com
 jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

ERIK B. JENSEN
 on behalf of Creditor WELLS FARGO BANK  N.A. erik@jensenbagnatolaw.com,
 jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

GARY P. LIGHTMAN
 on behalf of RealCo Investments LP garylightman@lightmanlaw.com  kditomaso@lightmanlaw.com

HARRY B. REESE
 on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JASON BRETT SCHWARTZ
 on behalf of Creditor U.S. Bank Trust National Association jschwartz@mesterschwartz.com

JILL MANUEL-COUGHLIN
 on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JOSHUA DOMER
 on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
 ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
 on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
 on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
 on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
 on behalf of Creditor Citibank  N.A., lkarl@rascrane.com, lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com, lbkarl03@yahoo.com

LILY CHRISTINA CALKINS
 on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII logsecf@logs.com, lilychristinacalkins@gmail.com

MARTIN A. MOONEY
 on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MARTIN A. MOONEY
 on behalf of Creditor TD Bank  N.A. as successor in interest to Commerce Bank, N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
 on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

W. LYLE STAMPS
 on behalf of RealCo Investments LP wlstamps@lightmanlaw.com

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Thomas E. Sloan and Judyth A. Sloan
      Debtor(s)

Case No: 19−11196−elf
Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/16/22

144 − 143
Form 138FIN