United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11196-elf |
| Thomas E. Sloan | Chapter 13 |
| Judyth A. Sloan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 17, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E. Sloan, Judyth A. Sloan, 5321 Morris Street, Philadelphia, PA 19144-3907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

**Name**         **Email Address**

BRIAN CRAIG NICHOLAS

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB

    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB

    on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

CHRISTOPHER A. DENARDO

    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII logsecf@logs.com

ERIK B. JENSEN

Case 19-11196-elf   Doc 149   Filed 10/19/22   Entered 10/20/22 00:32:25   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: 195 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Joint Debtor Judyth A. Sloan erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| ERIK B. JENSEN | on behalf of Debtor Thomas E. Sloan erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| ERIK B. JENSEN | on behalf of Creditor WELLS FARGO BANK  N.A. erik@jensenbagnatolaw.com, jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| GARY P. LIGHTMAN | on behalf of RealCo Investments LP garylightman@lightmanlaw.com  kditomaso@lightmanlaw.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor U.S. Bank Trust National Association jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Citibank  N.A., Not in Its Individual Capacity, But Solely as Trustee for The NRZ Pass-Through Trust VI lkarl@rascrane.com, lbkarl03@yahoo.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Citibank  N.A., lkarl@rascrane.com, lbkarl03@yahoo.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BY SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST V-B lkarl@rascrane.com, lbkarl03@yahoo.com |
| MARTIN A. MOONEY | on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Bank  N.A. as successor in interest to Commerce Bank, N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| W. LYLE STAMPS | on behalf of RealCo Investments LP wlstamps@lightmanlaw.com |

TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                      : Chapter 13

Thomas E. Sloan and Judyth A. Sloan                  : Case No. 19−11196−elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , October 17th, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court