IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Thomas E. Sloan | | |
| Judyth A. Sloan | : | |
| | : | BANKRUPTCY NO.: 19-11196-elf |

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Thomas E. Sloan and Judyth A. Sloan (the "Debtors") have filed a Motion to Reopen Case for the Limited Purpose of Avoiding Judicial Liens.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **January 16, 2023**, you or your attorney must do <u>all</u> of the following:

    (a) File an answer explaining your position with the Clerk's office:

    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA   19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

    Erik B. Jensen, Esquire
    Jensen Bagnato, P.C.
    1500 Walnut Street, Suite 1510
    Philadelphia, PA   19102
    Telephone: (215) 546-4700

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion. A hearing on the motion is scheduled to be held before the Honorable Eric L Frank, on **February 7, 2023 at 1 p.m.** in Courtroom #1, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA   19107.

3. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      4.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one file an answer.

Dated:  January 3, 2023                    **JENSEN BAGNATO, P.C.**

                                  By: /s/ Eric L. Frank_____
                                    Erik B. Jensen, Esquire
                                    1500 Walnut Street, Suite 1510
                                    Philadelphia, PA   19102
                                    Telephone: (215) 546-4700
                                    Email:  erik@jensenbagnatolaw.com

                                    Counsel to the Debtor