IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :        Chapter 13
                                          :
Thomas Sloan                              :
Judyth Sloan                              :        No. 19-11196-elf
                                          :
                        Debtors           :
                                          :

**<u>CERTIFICATE OF NO OBJECTION</u>**

    I, Erik Jensen, Esquire, Attorney for the above-named Debtors, do hereby certify that no objection to the Motion to Reopen Chapter 13 Case and Avoid Judicial Liens Against all Real and Personal Assets has been filed.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Date:1/22/23                                        /s/ Erik Jensen_____
                                                   Erik Jensen, Esquire
                                                   *Attorney for Debtor*