# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| Thomas E. Sloan | | |
| Judyth A. Sloan | : | |
| | : | **BANKRUPTCY NO.: 19-11196-elf** |

## ORDER

**AND NOW**, this __8th__ day of __February__, 202_3_, upon consideration of Debtors' Motion to Reopen Case, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART**.

2. The case is **REOPENED** to permit the Debtors to initiate an appropriate proceeding to avoid one (1) or more liens on the Debtors' residence.

3. Such Motion(s) shall be filed **on or before March 7, 2023** and if no motions are filed the Clerk shall **RECLOSE** the case promptly thereafter.

4. All other relief requested in the Motion is **DENIED WITHOUT PREJUDICE**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**