**Fill in this information to identify the case:**

Debtor 1 <u>Judyth Sloan</u>

Debtor 2 <u>Thomas E. Sloan</u>
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Eastern District Of Pennsylvania</u>

Case number <u>19-11196</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2

**Court claim no**. (if known): 23

**Last four digits** of any number you use to identify the debtor's account:   7375

**Date of payment change: 01/01/2022**
Must be at least 21 days after date of this notice

**New total payment:**       $ 589.99

Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $234.63      **New escrow payment:** **$235.39**

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%      **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

---

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor1 <u>Judyth Sloan</u>           Case Number (*If known*):19-11196
First Name    Middle Name    Last Name

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Rebecca A. Solarz                    Date October 01, 2021
Signature

Print:   Rebecca A. Solarz                          Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company: KML Law Group, P.C.

Address: 701     Market Street, Suite 5000
         Number        Street
         Philadelphia,              PA       19106
         City                       State    ZIP Code

Contact phone (215) 627–1322     Email rsolarz@kmllawgroup.com