# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Judyth A. Sloan aka Roux Sloan<br>Thomas E. Sloan<br>                              **Debtor(s)** | **BK NO. 19-11196 ELF**<br><br>**Chapter 13** |
| **Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2**<br>                              **Movant**<br>vs.<br>**Judyth A. Sloan aka Roux Sloan**<br>**Thomas E. Sloan**<br>                              **Debtor(s)**<br><br>**KENNETH E. WEST**<br>                              **Trustee** | **Related to Claim No. 23** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 4, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Judyth A. Sloan aka Roux Sloan
5321 Morris Street
Philadelphia, PA 19144

Thomas E. Sloan
5321 Morris Street
Philadelphia, PA 19144

Attorney for Debtor(s)
Erik B. Jensen, Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: October 4, 2021

                                                    **/s/Rebecca A. Solarz Esquire**
                                                    Rebecca A. Solarz Esquire
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    215-825-6327
                                                    rsolarz@kmllawgroup.com